UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Nancy Montemerlo

     v.                                  Civil No. 12-cv-118-LM

Goffstown School District , et al

Nancy Montemerlo

     v.                                  Civil No. 12-cv-13-PB

Goffstown School District

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

The HRC Complaint, designated as Exhibit A, in the above-captioned cases contain one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).   Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the HRC Complaint.   Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to Exhibit A, the HRC Complaint, in these cases, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

    **SO ORDERED**.

                                            /s/ Landya B. McCafferty
                                            Landya B. McCafferty
                                            United States Magistrate Judge

Date:   March 29, 2012

cc:    Stephen T. Martin, Esq.
        Brian J.S. Cullen, Esq.